THE SHERMAN–COLONIAL REALTY CORPORATION ET AL. *v.* DONALD E. GOLDSMITH ET AL.

The motion by the plaintiffs to waive the time requirements contained in § 703 of the Practice Book to permit reargument in the appeal from the Superior Court in Fairfield County is denied.

*Jules Lang,* in support of the motion.

Submitted September 21—decided October 11, 1967

STATE OF CONNECTICUT *v.* JOHN CAPONIGRO

STATE OF CONNECTICUT *v.* THOMAS PETROCELLI

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*James M. S. Ullman,* in support of the petition.

*Francis M. McDonald,* deputy chief prosecuting attorney, in opposition.

Submitted October 4—decided October 25, 1967

TOWN OF BRANFORD SEWER AUTHORITY *v.* MARY M. WILLIAMS, ADMINISTRATRIX (ESTATE OF FRANK R. WILLIAMS), ET AL.

TOWN OF BRANFORD SEWER AUTHORITY *v.* SARAH G. ROSENTHAL, ADMINISTRATRIX (ESTATE OF ROSE ROSENTHAL), ET AL.

The motion by the defendants in each case to consolidate the appeals from the Superior Court in New Haven County is denied. See Practice Book § 606.

*Nathan A. Resnik,* in support of the motions.

Submitted October 13—decided October 25, 1967